No. 145. POSTAL TELEGRAPH-CABLE CO. ET AL. *v.* WHITE. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a properly presented federal question. *Lynch* v. *New York,* 293 U. S. 52, 54; *Herndon* v. *Georgia,* 295 U. S. 441, 443; *Atlantic Coast Line R. Co.* v. *Mims,* 242 U. S. 532, 535; *Hartford Life Ins. Co.* v. *Johnson,* 249 U. S. 490, 493. *Messrs. Howard*

*L. Kern* and *S. Lasker Ehrman* for appellants. *Mr. S. S. Hargraves* for appellee.